THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br>　　　　　　　Plaintiffs,<br>　　v.<br>LUNDEEN SIMONSON, INC., a Washington Corporation, UBI No. 601358261, Contractor's License No. LUNDESI086PZ and DIAMOND-S POLISHED CONCRETE, INC., UBI No. 601391300, Contractor's License No. DIAMOPC865NQ,<br>　　　　　　　Defendants. | NO.  2:20-cv-000786-RSM<br><br>**UNOPPOSED MOTION TO STAY CASE SCHEDULE AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>January 15, 2021 |

Plaintiffs' counsel consulted with counsel for Defendants Lundeen Simonson, Inc. and Diamond-S Polished Concrete, Inc. and hereby files this Unopposed Motion to Stay the Case Schedule entered at Dkt. 9.

This Motion is made with respect to the following facts and recitals:

1.　Plaintiffs filed its Complaint on May 26, 2020;

UNOPPOSED MOTION TO STAY CASE SCHEDULE
Cause No. 2:20-cv-00786-RSM - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 331 ea15dc01cw

2. Defendants filed a Notice of Appearance on June 23, 2020;

3. On January 14, 2021, the Parties conferenced and agreed to enter into settlement discussions;

4. It the belief of the Parties that staying the case schedule deadlines set in Dkt. 9 will facilitate the economy of the parties and the Court;

5. This motion is not brought to unnecessarily delay the proceedings and is brought in good faith;

6. The granting of this motion will not prejudice any party and there are no other existing deadlines, schedules, or settings in this matter other than those set at Dkt. 9; and

7. The Parties believe that an extension of 120 days would be sufficient to perfect settlement.

DATED this 15th day of January, 2021.

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Ave., Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
E-mail: noelled@bcmjlaw.com

UNOPPOSED MOTION TO STAY CASE SCHEDULE
Cause No. 2:20-cv-00786-RSM - 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 331 ea15dc01cw

**ORDER**

IT IS SO ORDERED.  The Case Schedule at Dkt. 9 is hereby STAYED.  The Parties shall file a Joint Status Report advising on the status of this matter no later than May 14, 2021.

DATED this 19th day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION TO STAY CASE SCHEDULE
Cause No. 2:20-cv-00786-RSM - 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 331 ea15dc01cw

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 15th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter.

Dated this 15th day of January, 2021, at Seattle, Washington.

    /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

UNOPPOSED MOTION TO STAY CASE SCHEDULE
Cause No. 2:20-cv-00786-RSM - 4

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 331 ea15dc01cw